IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BETTYE M. COLE,

    Plaintiff,

VS.                            NO. 1-05-1075-T/An

WAL-MART STORES EAST, LP,

    Defendant.

---

~~(proposed)~~
RULE 16(b) SCHEDULING ORDER

---

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)): <u>August 12, 2005</u>**

No later than 14 days after the date set for the Scheduling Conference unless a later date is authorized by the Court due to special circumstances.

**JOINING PARTIES:**

For Plaintiff:    **<u>September 29, 2005</u>**

For Defendant:    **<u>October 28, 2005</u>**

**AMENDING PLEADINGS:**

For Plaintiff:    **<u>September 29, 2005</u>**

For Defendant:    **<u>October 28, 2005</u>**

**COMPLETING ALL DISCOVERY:  <u>March 29, 2006</u>**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___07-19-05___

**(a) REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS**

**ADMISSIONS:   March 29, 2006**

**(b) EXPERT DISCLOSURE (Rule 26(a)(2)):**

      **(i)** Plaintiff's Experts:      **January 27, 2006**

      **(ii)** Defendant's Experts:     **February 28, 2006**

      **(iii)** Supplementation under Rule 26(e):    **March 10, 2006**

**(c) DEPOSITIONS OF EXPERTS:**     **March 29, 2006**

**FILING DISPOSITIVE MOTIONS:**     **March 10, 2006**

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

For Plaintiff:     **April 28, 2006**

For Defendant:     **May 13, 2006**

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last two (2) days and is **SET** for **JURY TRIAL** on June 12, 2006, at 9:30 a.m. A joint pretrial order is due on Friday, June 2, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the Court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject

of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

_S/ Thomas Anderson_

**S. THOMAS ANDERSON**
**UNITED STATES MAGISTRATE JUDGE**

Date: _July 18, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01075 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Harry Johnson
Circuit Court Clerk
Obion County Courthouse
Union City, TN 38281

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT